UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-MJ-1553-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Roshanda R. Foster** ) | |

On March 8, 2011, Roshanda R. Foster appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on February 7, 2012, the court finds as a fact that Roshanda R. Foster, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Operating a motor vehicle while not properly licensed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of February, 2012.

_____
William A. Webb
U.S. Magistrate Judge